IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DEVOLA CHAPPLE                                                                                    PLAINTIFF

v.                                    Case No. 2:11-CV-02214

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                    DEFENDANT

**J U D G M E N T**

Currently before the Court is the Report and Recommendation (Doc. 11) filed in this case on October 12, 2012, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. The objection period has passed with no objections being filed by either party.

The court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 2nd day of November, 2012.

*s/P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE